**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1413**

PRAMCO II, LLC; EMIL HIRSCH; O'CONNOR & HANNAN, LLP,

Plaintiffs - Appellees,

v.

DAVID M. KISSI, Individually and in his capacity as Co-Trustee of the Ammendale Living Trust,

Defendant – Appellant,

and

EDITH TRUVILLION KISSI; AMMENDALE LIVING TRUST,

Defendants,

DAVID MUCHOW,

Respondent,

CHRISTOPHER BOWMAR MEAD; RICHARD M. KREMEN; JOSE ANDRADE; DLA PIPER US LLP; ROBERT ERIC GREENBERG,

Parties-in-Interest,

AMMENDALE LIVING TRUST,

Garnishee,

v.

MICHAEL PEARSON; BENNETT AND BAIR, LLP,

Movants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:03-cv-02241-PJM)

Submitted:  November 19, 2009                Decided:  December 1, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.  Emil Hirsch, James Patrick Ryan, NOSSAMAN, LLP, Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi seeks to appeal the district court's order denying without prejudice the plaintiffs' motion to reopen the underlying proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Kissi seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED